**FILED**

NOV 19 2012

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1784 |
| | ) | |
| UNIT 32, 422 CHESAPEAKE STREET, S.E., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

The plaintiff filed his complaint and request to proceed *in forma pauperis* in the United States District Court for the Northern District of California. This action has been transferred to this district pursuant to 28 U.S.C. § 1404(a). The plaintiff has been barred from proceeding *in forma pauperis* both in the United States Court of Appeals for the District of Columbia Circuit and in this district court. *See Hurt v. Soc. Sec. Admin.,* 544 F.3d 308, 311 (D.C. Cir. 2008) (per curiam) (revoking "Hurt's IFP privilege, dismiss[ing] all his appeals pending before this Court and direct[ing] the Clerk of the Court to refuse to accept any more of Hurt's civil appeals that are not accompanied by the appropriate filing fees"); *Hurt v. The Declaration of Independence,* No. 07-0647 (D.D.C. Jan. 9, 2009) (Order barring Hurt from proceeding *in forma pauperis* in this Court). Accordingly, the plaintiff's motion to proceed *in forma pauperis* will be denied, and his complaint will be dismissed. An Order accompanies this Memorandum Opinion.

DATE: *Nov, 15, 2012*

_____
United States District Judge